UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
SARAH BROWN                              :    CIVIL ACTION NO:
             Plaintiff,           :    **302CV00316 (CFD)**
                                         :
vs.                                      :
                                         :
TOWN OF GREENWICH, AL CAVA and           :
BERNADETTE WELCH in their                :
official capacities                      :
             Defendants.          :
------------------------------------------------------------X    February 4, 2004

### DEFENDANT TOWN OF GREENWICH'S MOTION FOR PERMISSION TO PARTICIPATE IN SETTLEMENT CONFERENCE UNACCOMPANIED BY PERSON WITH AUTHORITY TO SETTLE

The above-referenced action has been referred for a settlement conference on February 13, 2004. The defendants are Al Cava, Director of Human Resources for the Town and Bernadette Welch, Assistant Director of Human Resources for the Town.

The defendant Town of Greenwich hereby moves for permission to participate in the settlement conference by its counsel for the following reasons:

The Town's authority to settle cases is vested in the Representative Town Meeting ("RTM") for the Town of Greenwich which body acts on recommendations made by the Claims Committee for the RTM and the Budget Committee for the RTM, and the Board of Estimate and Taxation of the Town after approval by the Board of Selectmen for the Town upon recommendation of the Town Attorney. Town counsel cannot reasonably secure the physical attendance of any of these municipal agencies

at the settlement conference in Hartford. In addition, this is a case where one unsuccessful settlement conference has already been convened.

The Assistant Town Attorney assigned to the matter requests permission to attend the settlement conference on behalf the Town. The Town Attorney's office will have the authority to recommend an amount, if any, for settlement to the various municipal bodies.

                    THE DEFENDANT

                    By: *[signature]*
                    Valerie E. Maze
                    Assistant Town Attorney
                    Federal Bar No. CT 14080
                    Law Department, Town Hall,
                    101 Field Point Road
                    Greenwich, CT  06836-2540
                    Tel:   (203)622-7876
                    Fax:  (203)622-3816

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the above captioned date by mailing a copy of the same to:

Marc L. Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr., LLC
Attorneys at Law
409 Orange Avenue
New Haven, CT 065121-6406
Tel No. (203) 624-4666
Federal No.: ct21369

_____
Valerie E. Maze