UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -9 P 3: 31

-----------------------------------------------------X
SARAH BROWN
                Plaintiff,

vs.

TOWN OF GREENWICH, AL CAVA and
BERNADETTE WELCH
                Defendants.
-----------------------------------------------------X

CIVIL ACTION NO:
302CV00316 (CFD)

February 6, 2004

## ANSWER TO AMENDED COMPLAINT

The defendants hereby respond to the allegations of the Amended Complaint dated April 2, 2003 as follows:

**COUNT ONE:** Title VII/Hostile Work Environment/as to Town

1. The defendant Town of Greenwich admits the plaintiff's action seeks money damages. The balance of the allegations contained in paragraph 1 are denied.

2. The allegations of paragraph 2 are not addressed to the defendants.

3. The defendants admit the allegations contained in paragraph 3 except that defendants deny that the plaintiff has been employed as a "secretary" since 1983 and deny that Al Cava is the current Director of Human Resources.

4. Defendant denies it employs 555 persons. The balance of the allegations of paragraph 4 are admitted.

5.  Defendant admits that the receptionist responsible for production of a newsletter has transferred to another department and that training for a part-time employee for completion of the newsletter was authorized. The balance of the allegations contained in paragraph 5 are denied.

6.  The allegations contained in paragraph 6 are denied.

7.  The allegations contained in paragraph 7 are denied.

8.  The allegations contained in paragraph 8 are denied.

9.  Defendants admit that the plaintiff filed a Complaint-Affidavit with the CHRO. The defendants have insufficient knowledge as to the balance of the allegations contained in paragraph 9 and therefore denies the same.

10. Defendants admit the CHRO released jurisdiction of the plaintiff's claim. The defendants have insufficient knowledge of the balance of the allegations contained in paragraph 10 and therefore deny the same.

11. The allegations contained in paragraph 11 are denied.

**COUNT TWO: Title VII/Retaliation as to Town**

1. – 8. The defendants' responses to paragraphs 1 – 8 of Count One are hereby incorporated and realleged to be defendants' responses to paragraphs 1 – 8 of Count Two.

9.  Defendant admits that plaintiff filed a Complaint-Affidavit with the Connecticut Commission on Human Rights and Opportunities and the Equal Employment Opportunity Commission and that in doing so she engaged in statutorily protected activity. The balance of the allegations contained in paragraph 9, including the filing dates alleged, are denied.

**COUNT THREE: Intentional Infliction of Emotional Distress as to Cava and Welch**

1. – 9. The defendant's responses to paragraphs 1 – 9 of Count Two are hereby incorporated and realleged to be the responses of defendant Cava and defendant Welch to paragraphs 1 – 9 of Count Three.

10. The allegations contained in paragraph 10 are denied.

11. The allegations contained in paragraph 11 are denied.

12. The allegations contained in paragraph 12 are denied.

**COUNT FOUR: Intentional Infliction of Emotional Distress as to Town**

1. – 9. The defendant's responses to paragraphs 1 – 9 of Count Three are hereby incorporated and realleged to be the responses of the defendant Town of Greenwich to paragraphs 1 – 9 of Count Four.

13. The allegations contained in paragraph 10 are denied.

14. The allegations contained in paragraph 11 are denied.

15. The allegations contained in paragraph 12 are denied.

**FIRST AFFIRMATIVE DEFENSE**

The Amended Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Same or all of the plaintiff's claims are barred by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

The plaintiff has failed to exhaust her administrative remedies with respect to the claim alleged in Count Two.

**FOURTH AFFIRMATIVE DEFENSE**

All or some of plaintiff's claims barred by reason of laches.

**FIFTH AFFIRMATIVE DEFENSE**

The plaintiff failed to avail herself of complaint procedures within the Town as to any alleged harassment or discrimination.

THE DEFENDANTS

_/s/ Valerie E. Maze_
Valerie E. Maze
Federal Bar No. CT 14080
Law Department, Town Hall,
101 Field Point Rd
P.O. Box 2540
Greenwich, CT  06836-2540
Tele.  (203) 622-7878
Fax:  (203)-622-3816

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent on February ___, 2004 to:

Marc L. Glenn, Esq.
409 Orange Avenue
New Haven, CT 065121-6406
Tel No. (203) 624-4666
Federal No.: ct21369

Valerie E. Maze