UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 FEB 19  P 1: 18

------------------------------------------------X
SARAH BROWN                                     :    CIVIL ACTION NO.
               Plaintiff,    :    **302CV00316 (CFD)**
                                                :
vs.                                             :
                                                :
                                                :
TOWN OF GREENWICH, AL CAVA and                  :
BERNADETTE WELCH in their                       :
official capacities                             :
               Defendants.   :
------------------------------------------------X    February 17, 2004

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants hereby move for summary judgment as the pleadings and documentary proof brought before the court demonstrate there is no is no genuine dispute as to any material fact and defendants are entitled to judgment as a matter of law. A Memorandum of Law and Local Rule 56(a)(1) Statement are filed herewith.

THE DEFENDANTS

By: _____
Valerie E. Maze
Federal Bar No. CT 14080
Law Department,
Town Hall,
101 Field Point Road
Greenwich, CT 06836-2540
Tel:(203) 622-7876;
Fax (203) 622-3816

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent by first-class United States mail on February 17, 2004 to:

Marc L. Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr., LLC
Attorneys at Law
409 Orange Avenue
New Haven, CT 06511-6406

_____
Valerie E. Maze