UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 19 P 1: 18

-----------------------------------------------------------X
SARAH BROWN
                Plaintiff,

vs.

TOWN OF GREENWICH, AL CAVA and
AL CAVA in their
official capacities
                Defendants.
-----------------------------------------------------------X

CIVIL ACTION NO.
302CV00316(CFD)

February 17, 2004

## LOCAL RULE 56(a)(1) STATEMENT

Pursuant to Local Rule 56(a)(1), the defendants hereby submit the following statements of material fact as to which defendants contend there is no genuine issue to be tried:

1. Since 1983 the plaintiff has been employed in the Human Resources Department.

    Plaintiff's Amended Complaint ¶2

2. The plaintiff's position up to July 1, 1996 was Secretary "A," a union position with an annual salary of $37,483.

    Affidavit of Al Cava

3. In 1996 the plaintiff received a promotion to the position of Confidential Secretary with an annual salary of $ 42,675.

    Affidavit of Al Cava

4. The plaintiff's new position, Confidential Secretary, was made a part of the Management/Confidential ("MC") classification.

Affidavit of Al Cava

5. The MC class is the classification of which the Town department heads are members.

Affidavit of Maureen Kast

6. The plaintiff's current salary is approximately $54,670.

Affidavit of Maureen Kast

7. The plaintiff continues to be employed by the Town of Greenwich as Confidential Secretary to the Director of Human Resources.

Affidavit of Maureen Kast

8. The current Director of Human Resources for the Town of Greenwich is Maureen Kast.

Affidavit of Maureen Kast

9. The Town arranged for the plaintiff to receive training in Pagemaker software from a printer, Printech, in Stamford, Connecticut.

Affidavit of Al Cava

10. The plaintiff did receive training in the Pagemaker software from the Printech printer in April 1998 in addition to hands-on training in Town Hall.

Affidavit of Al Cava

11. The plaintiff's November 1998 performance evaluation was favorable.

Affidavit of Al Cava; November 1998 performance evaluation and supervisor's comments

12. In 1998 Mr. Cava recommended and nominated the plaintiff for an Outstanding Achievement Incentive Award.

Affidavit of Al Cava; Outstanding Achievement Incentive Award and related documents.

13. Mr. Cava advised the plaintiff that Mr. Cava had recommended her for said Award during discussion with the plaintiff concerning her employment evaluation in November 1998.

Affidavit of Al Cava

14. The plaintiff subsequently accepted the Outstanding Achievement Incentive Award in the amount of $1,500.00.

Affidavit of Al Cava

15. Barbara Bonino was terminated from employment with the Town of Greenwich in April 2000.

Affidavit of Al Cava

16. Barbara Bonino's supervisor was Bernadette Welch.

Affidavit of Al Cava

17. Bernadette Welch's input concerning Ms. Bonino's employment was the primary factor in the decision to terminate Ms. Bonino's employment.

Affidavit of Al Cava

18. During the period of plaintiff's employment with the Town the plaintiff was never demoted or disciplined.

Affidavit of Al Cava; Affidavit of Maureen Kast

19. Plaintiff has suffered no material loss of employment benefits at any time.

Affidavit of Al Cava; Affidavit of Maureen Kast

20. Plaintiff's material responsibilities while working for the Town have never diminished.

Affidavit of Al Cava; Affidavit of Maureen Kast

21. Mr. Cava did not accuse the plaintiff of failing to properly maintain receipts related to petty cash for the Human Resource Department in December 2000 or at any other time.

Affidavit of Al Cava

22. Plaintiff has not reported any claimed retaliation to the Director of Human Resources.

Affidavit of Al Cava; Affidavit of Maureen Kast

THE DEFENDANTS

By: _____
Valerie E. Maze
Federal Bar No. CT 14080
Law Department,
Town Hall,
101 Field Point Road
Greenwich, CT 06836-2540
Tel:(203) 622-7876;
Fax (203) 622-3816

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by first-class United States mail on this 17th day of February 2004 to:

Marc L. Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr., LLC
Attorneys at Law
409 Orange Avenue
New Haven, CT 06511-6406

Valerie E. Maze