UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 19 P 1: 18

------------------------------------------------X
SARAH BROWN
                   Plaintiff,

vs.

TOWN OF GREENWICH, AL CAVA and
BERNADETTE WELCH in their
official capacities
                   Defendants.
------------------------------------------------X

CIVIL ACTION NO:
302CV00316 (CFD)

February 17, 2004

### DEFENDANTS' REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO NOTICE OF DISMISSAL; REQUEST FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT

The plaintiff, in her memorandum in opposition to the notice of dismissal pursuant to FRCP 41(b) dated January 5, 2004, asked that action on the dismissal be deferred until the settlement conference scheduled takes place and that, in the event no agreement is reached at the settlement conference, a trial be scheduled immediately. The defendant Town of Greenwich hereby requests that, in the event the matter is not dismissed pursuant to FRCP 41(a), that the court consider the defendants motion for summary judgment attached hereto.

This case has not been assigned for trial and is subject to a potential dismissal under Rule 41(a) of the Federal Rules of Civil Procedure. Rule 56(b) of the Federal Rules of Civil Procedure entitles a defending part to "at any time" move for summary judgment. If the case is neither settled or dismissed, this is a case where a motion for summary judgment is appropriate. Some of the legal

ORAL ARGUMENT NOT REQUESTED

issues were resolved on the defendants' motion to dismiss; the court's ruling on the defendant's motion to dismiss contemplated the future filing of a motion for summary judgment. The issues presented in the motion for summary judgment are not complex and are ripe for summary adjudication as there is no genuine dispute as to any material fact. The time and resources necessary for a trial are not warranted in this matter.

WHEREFORE the defendants request that in the event the matter is not dismissed that the court consider their motion for summary judgment filed herewith.

THE DEFENDANTS

By: _____
Valerie E. Maze
Federal Bar No. CT 14080
Law Department,
Town Hall,
101 Field Point Road
Greenwich, CT 06836-2540
Tel:(203) 622-7876;
Fax (203) 622-3816

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by first-class United States mail on February 17 , 2004 to:

Marc L. Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr., LLC
Attorneys at Law
409 Orange Avenue
New Haven, CT 06511-6406

_____
Valerie E. Maze