UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
SARAH BROWN                                   :
             Plaintiff,        :     CIVIL ACTION NO:
                                              :     302CV00316 (CFD)
vs.                                           :
                                              :
TOWN OF GREENWICH, AL CAVA and                :
BERNADETTE WELCH in their                     :
official capacities                           :
             Defendants.       :
---------------------------------------------------------X     February 4, 2004

### DEFENDANT TOWN OF GREENWICH'S MOTION FOR PERMISSION TO PARTICIPATE IN SETTLEMENT CONFERENCE UNACCOMPANIED BY PERSON WITH AUTHORITY TO SETTLE

The above-referenced action has been referred for a settlement conference on February 13, 2004. The defendants are Al Cava, Director of Human Resources for the Town and Bernadette Welch, Assistant Director of Human Resources for the Town.

The defendant Town of Greenwich hereby moves for permission to participate in the settlement conference by its counsel for the following reasons:

The Town's authority to settle cases is vested in the Representative Town Meeting ("RTM") for the Town of Greenwich which body acts on recommendations made by the Claims Committee for the RTM and the Budget Committee for the RTM, and the Board of Estimate and Taxation of the Town after approval by the Board of Selectmen for the Town upon recommendation of the Town Attorney. Town counsel cannot reasonably secure the physical attendance of any of these municipal agencies

[handwritten margin note: Denied as moot. So ordered. /s/ CFD 3/17/04]