UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*************************************
| |
|---|
| SARAH BROWN * |
| *Plaintiff*, * |
| * CIVIL NO.3:02 CV 00316 (CFD) |
| VS. * |
| * |
| TOWN OF GREENWICH, AL CAVA * |
| and BERNADETTE WELCH in their * |
| official capacities * |
| *Defendant.* * MARCH 26, 2004 |

*************************************

FILED
2004 MAR 29 P 2: 25
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR EXTENSION OF TIME

Pursuant to *Local Rule of Civil Procedure* 7(b), the plaintiff, Sarah Brown, hereby respectfully moves for an extension of time of thirty (30) days in which to respond to defendant's Motion For Summary Judgement, dated February 17, 2004, up to and including April 26, 2004. In support of the instant Motion, the undersigned submits the following facts:

1. This is the plaintiff's second request for extension of time with respect to dispositive motions.

2. On March 25, 2004 plaintiff's counsel has attempted to contact defendant's attorney of record, Valerie E. Maze, and as of the date of this motion plaintiff's counsel has not received a response concerning position.

*WHEREFORE*, the plaintiff respectfully requests a thirty (30) day extension of time up to and including April 26, 2004 to file her response to defendants' Motion For Summary Judgement.

2

PLAINTIFF, SARAH BROWN

BY: _____
Marc L. Glenn
Law Office of
W. Martyn Philpot, Jr., L.L.C.
409 Orange Street
New Haven, CT 06511-6406
Tel. No. (230) 624-4666
Federal Bar No. 21369
Her Attorneys

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid, this date, to all counsel of record as follows:

Valerie E. Maze
Assistant Town Attorney
Town of Greenwich
Law Department
101 Field Point Road
P. O. Box 2540
Greenwich, CT 06836-2540

_____
Marc L. Glenn

s:\docs\employ\brown.sarah.mot.ext.time.3-25-04