

GRANTED. absent objection
It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT 3/31/04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 29 P 2: 25
U.S. DISTRICT COURT
HARTFORD, CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SARAH BROWN                              *
      *Plaintiff,*                   *
                                       * CIVIL NO. 3:02 CV 00316 (CFD)
VS.                                      *
                                       *
TOWN OF GREENWICH, AL CAVA               *
and BERNADETTE WELCH in their            *
official capacities                      *
      *Defendant.*                    * MARCH 26, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME

Pursuant to *Local Rule of Civil Procedure* 7(b), the plaintiff, Sarah Brown, hereby respectfully moves for an extension of time of thirty (30) days in which to respond to defendant's Motion For Summary Judgement, dated February 17, 2004, up to and including April 26, 2004. In support of the instant Motion, the undersigned submits the following facts:

1. This is the plaintiff's second request for extension of time with respect to dispositive motions.

2. On March 25, 2004 plaintiff's counsel has attempted to contact defendant's attorney of record, Valerie E. Maze, and as of the date of this motion plaintiff's counsel has not received a response concerning position.

WHEREFORE, the plaintiff respectfully requests a thirty (30) day extension of time up to and including April 26, 2004 to file her response to defendants' Motion For Summary Judgement.