UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*************************************
SARAH BROWN                          *
            Plaintiff,               *
                                     * CIVIL NO.3:02 CV 00316 (CFD)
VS.                                  *
                                     *
TOWN OF GREENWICH, AL CAVA           *
and BERNADETTE WELCH in their        *
official capacities                  *
            Defendant.               * APRIL 21, 2004
*************************************
```

**MOTION FOR EXTENSION OF TIME**

Pursuant to *Local Rule of Civil Procedure* 7(b), the plaintiff, Sarah Brown, hereby respectfully moves for an extension of time of fourteen (14) days in which to respond to defendant's Motion For Summary Judgement, dated February 17, 2004, up to and including May 10, 2004.  Opposition papers are due April 26, 2004 pursuant to plaintiff's Motion For Extension of  Time dated March 26, 2004.   In support of the instant Motion, the undersigned submits the following facts:

1. This is the plaintiff's third request for extension of time with respect to dispositive motions.  Counsel is also preparing opposition papers related to Summary Judgment in a matter styled Pipkin v. Bridgeport Board Of Ed.et al. 3:03CV0019(MRK) due April 28, 2004.

2. On April 21, 2004 plaintiff's counsel has attempted to contact defendant's attorney of record, Valerie E. Maze, and as of the date of this motion plaintiff's counsel has not received a response concerning her position.

2

*WHEREFORE*, the plaintiff respectfully requests a fourteen (14) day extension of time up to and including May 10, 2004 to file her response to defendants' Motion For Summary Judgement.

PLAINTIFF, SARAH BROWN

BY:_____
Marc L. Glenn
Law Office of
W. Martyn Philpot, Jr., L.L.C.
409 Orange Street
New Haven, CT  06511-6406
Tel. No. (230) 624-4666
Federal Bar No. 21369
Her Attorneys

## **CERTIFICATION**

***THIS IS TO CERTIFY*** that a copy of the foregoing was mailed, postage prepaid, this date, to all counsel of record as follows:

Valerie E. Maze
Assistant Town Attorney
Town of Greenwich
Law Department
101 Field Point Road
P. O. Box 2540
Greenwich, CT 06836-2540

_____
Marc L. Glenn

s:\docs\employ\brown.s.mot.ext.time.4-21-04