30

UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

2004 APR 21  P 3:41

U.S. DISTRICT COURT
HARTFORD, CT.

```
************************************
SARAH BROWN                     *
            Plaintiff,          *
                                * CIVIL NO.3:02 CV 00316 (CFD)
VS.                             *
                                *
TOWN OF GREENWICH, AL CAVA      *
and BERNADETTE WELCH in their   *
official capacities             *
            Defendant.          * APRIL 21, 2004
************************************
```

GRANTED, absent objection
It is so ordered.

Christopher F. Droney, S.D.J.
Hartford, CT 4/23/04

## MOTION FOR EXTENSION OF TIME

Pursuant to *Local Rule of Civil Procedure* 7(b), the plaintiff, Sarah Brown, hereby respectfully moves for an extension of time of fourteen (14) days in which to respond to defendant's Motion For Summary Judgement, dated February 17, 2004, up to and including May 10, 2004. Opposition papers are due April 26, 2004 pursuant to plaintiff's Motion For Extension of Time dated March 26, 2004. In support of the instant Motion, the undersigned submits the following facts:

1.  This is the plaintiff's third request for extension of time with respect to dispositive motions. Counsel is also preparing opposition papers related to Summary Judgment in a matter styled Pipkin v. Bridgeport Board Of Ed.et al. 3:03CV0019(MRK) due April 28, 2004.

2.  On April 21, 2004 plaintiff's counsel has attempted to contact defendant's attorney of record, Valerie E. Maze, and as of the date of this motion plaintiff's counsel has not received a response concerning her position.