UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 20 P 12: 01
U.S. DISTRICT COURT
HARTFORD, CT.

SARAH BROWN,
    Plaintiff

v.

TOWN OF GREENWICH, et al.,
    Defendants

Civil Action No.
3:02 CV 316 (CFD)

## ORDER TO SHOW CAUSE

On April 23, 2004, the Court granted the plaintiff's motion for extension of time till May 10, 2004 to file a response to defendants' motion for summary judgment. As of this date, the plaintiff has not filed a response. The plaintiff is ordered to show cause by **June 2, 2004** why the Court should not grant, absent objection, defendants' motion for summary judgment.

SO ORDERED this ____ day of May 2004, at Hartford, Connecticut.

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1