UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SARAH BROWN | \* |
|     *Plaintiff,* | \* |
| | \* CIVIL NO. 3:02CV00316 (CFD) |
| VS. | \* |
| | \* |
| TOWN OF GREENWICH, AL CAVA | \* |
| and BERNADETTE WELCH in their | \* |
| official capacities | \* |
|     *Defendants.* | \* JUNE 2, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION IN OPPOSITION
### TO MOTION FOR SUMMARY JUDGMENT

    The plaintiff, Sarah Brown hereby respectfully objects to defendant's Motion for Summary Judgment, dated February17, 2004.  Plaintiff maintains there are sufficient genuine issues of material fact contained in the record to warrant submission of her employment discrimination and emotional distress claims to a trier of fact. The factual and legal basis are  more fully set forth in the attached Memorandum of Law, Exhibits and Local Rule56(a)2 Statement respectively.

    WHEREFORE, based on the foregoing, the plaintiff respectfully requests defendants' Motion for Summary Judgment be denied in its entirety.

                                  PLAINTIFF, SARAH BROWN

                                  BY:_____
                                      Marc L. Glenn
                                      Law Office of
                                      W. Martyn Philpot, Jr., L.L.C.
                                      409 Orange Street
                                      New Haven, CT  06511-6406
                                      Tel. No. (230) 624-4666
                                      Federal Bar No. 21369
                                      Her Attorneys

2

## **CERTIFICATION**

*THIS IS TO CERTIFY* that a copy of the foregoing was mailed, postage prepaid, this date, to all counsel of record as follows: Valerie E. Maze. Assistant Town Attorney, Town of Greenwich, Law Department, Town Hall, 101 Field Point Road, Greenwich, CT 06836-2540

_____
Marc L. Glenn

employ/sbrown.sjmot.6-2-04