FILED

2004 JUN 22 A 11: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
SARAH BROWN                                  :    CIVIL ACTION NO:
             Plaintiff,                      :    **302CV00316 (CFD)**
                                             :
vs.                                          :
                                             :
TOWN OF GREENWICH, AL CAVA and               :
BERNADETTE WELCH                             :
             Defendants.                     :
---------------------------------------------------------------X    June 14, 2004

**MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

The defendants in the above-entitled matter hereby respectfully request an extension of time to June 30, 2004 to file a reply to the plaintiff's opposition to the motion for summary judgment. Additional time is needed to prepare a brief reply.

Defendants' counsel has inquired of plaintiff's counsel as to the extension sought who does not object to the extension sought in this motion. This is the first such extension of time sought by the defendants.

**THE DEFENDANTS**

By: _____
Valerie E. Maze
Federal Bar No. ct14080
Law Department, Town Hall,
101 Field Point Rd
P.O. Box 2540
Greenwich, CT  06836-2540
Tele.  (203) 622-7878
Fax:   (203)-622-3816

This is to certify that a copy of the foregoing has been sent on June 14, 2004 to:

1. Marc L. Glenn, Esq.
   Law Offices of W. Martyn Philpot, Jr., LLC
   Attorneys at Law
   409 Orange Avenue
   New Haven, CT 065121-6406
   Tel No. (203) 624-4666
   Federal No.: ct21369

_____
Valerie E. Maze