*handwritten: 1  25/26*

*handwritten vertical left margin: Granted as to the Court's consideration of the Motion for Summary Judgment to attend. ✓*

*handwritten: FILED 2/19/14  SEP 16 A 10:04  US DISTRICT COURT FED. CT.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2004 FEB 19 P 1: 18

U.S. DISTRICT COURT
HARTFORD CT.

-------------------------------------------------X

SARAH BROWN

           Plaintiff,    :    CIVIL ACTION NO:
                                   :    302CV00316 (CFD)

vs.    :

TOWN OF GREENWICH, AL CAVA and    :
BERNADETTE WELCH in their
official capacities    :
           Defendants.    :

-------------------------------------------------X    February 17, 2004

## DEFENDANTS' REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO NOTICE OF DISMISSAL; REQUEST FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT

The plaintiff, in her memorandum in opposition to the notice of dismissal pursuant to FRCP 41(b) dated January 5, 2004, asked that action on the dismissal be deferred until the settlement conference scheduled takes place and that, in the event no agreement is reached at the settlement conference, a trial be scheduled immediately. The defendant Town of Greenwich hereby requests that, in the event the matter is not dismissed pursuant to FRCP 41(a), that the court consider the defendants motion for summary judgment attached hereto.

This case has not been assigned for trial and is subject to a potential dismissal under Rule 41(a) of the Federal Rules of Civil Procedure. Rule 56(b) of the Federal Rules of Civil Procedure entitles a defending part to "at any time" move for summary judgment. If the case is neither settled or dismissed, this is a case where a motion for summary judgment is appropriate. Some of the legal

ORAL ARGUMENT NOT REQUESTED