UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SARAH BROWN                                            :

            v.                                         :         CASE NO. 3:02CV316(CFD)

TOWN OF GREENWICH ;                                    :
AL CAVA; and BERNADETTE WELCH

### JUDGMENT

This action having come on for consideration of the defendants' motion for summary

judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of

law and having filed a Ruling granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor

of the defendants.

Dated at Hartford, Connecticut, this 16th day of September, 2004.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD_____